IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL JOHNSON,** : | | |
| **Plaintiff** : | | |
| : | No. 1:17-cv-00853 | |
| **v.** : | | |
| : | (Judge Kane) | |
| **MARK GARMAN, et al.,** : | | |
| **Defendants** : | | |

## ORDER

**AND NOW**, on this 12th day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b); and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania